UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN THOMPSON and
WILLIAM THOMPSON,

    Plaintiffs,

v

                                    Case No.  03-73008
                                    Hon. Victoria A. Roberts

ATOFINA CHEMICALS, INC.,
a Pennsylvania corporation,

    Defendant.
_____/

| PEARLMAN AND PIANIN | KIRKLAND & ELLIS |
|---|---|
| ARVIN J. PEARLMAN (18743) | KEVIN T. VAN WART |
| ELAINE L. LIVINGWAY (P39307) | STEPHEN C. HACKNEY |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 24725 W. 12 Mile Rd., Ste. 220 | 200 East Randolph |
| Southfield, MI 48034 | Chicago, IL 60601 |
| (248) 356-5000 | (312) 861-2000 |

_____/

**ORDER GRANTING PLAINTIFFS, KATHLEEN AND WILLIAM THOMPSON'S AND DEFENDANT, ARKEMA, INC.'S JOINT MOTION TO MODIFY <u>SCHEDULING  ORDER AND TO SEVER CLAIMS</u>**

At a session of said Court, held in the United
States District Court, Eastern District of Michigan,
Southern Division on   September 21, 2005

PRESENT: HON.   Victoria A. Roberts
                              U.S. District Court Judge

Plaintiff, Kathleen Thompson and Defendant, Arkema Inc., filed a Joint Motion to Modify Scheduling Order and to Sever Claims on September 16, 2005, the parties having been represented by counsel and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Sever is granted;

**IT IS FURTHER HEREBY ORDERED** that the parties' Joint Motion to Modify the Scheduling Order is granted, with the new deadlines for Thompson v Arkema, Inc. to be as follows:

| | |
|---|---|
| Deadline for parties to conclude fact discovery | 12/16/05 |
| Deadline for defendant to file expert reports | 1/16/06 |
| Deadline for plaintiff to file rebuttal expert reports | 1/30/06 |
| Expert discovery to be completed by | 3/20/06 |
| Dispositive/Daubert motions to be filed by | 4/30/06 |
| Mediation completed by | 10/30/06 |

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: September 21, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 21, 2005.

s/Carol A. Pinegar
Deputy Clerk

---